IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GERALD G. GOLDWYN AND<br>LINDA F. GOLDWYN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-620 T<br>Judge Susan G. Braden |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven I. Frahm, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven I. Frahm, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: September 16, 2008

/s/ Steven I. Frahm
STEVEN I. FRAHM
Acting Chief
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6504
Fax: (202) 514-9440